# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TARQUISHA E. MOORE  
2911 KENMORE AVENUE  
ROCKFORD, IL  61101  

SSN-xxx-xx-0413

Case Number: 07-72287

Case filed on: 9/25/2007  
Plan Confirmed on: 2/20/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,069.05          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 2,275.18 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,275.18 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 5,681.24 | 5,681.24 | 1,299.82 | 0.00 |
| 015 | INTERNAL REVENUE SERVICE | 5,681.24 | 0.00 | 0.00 | 0.00 |
| 016 | INTERNAL REVENUE SERVICE | 5,681.24 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 17,043.72 | 5,681.24 | 1,299.82 | 0.00 |
| 999 | TARQUISHA E. MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 17,198.82 | 184.88 | 184.88 | 0.00 |
| 002 | CHASE HOME FINANCE | 66,064.64 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 83,263.46 | 184.88 | 184.88 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 1,186.73 | 11.87 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CBC NATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DEBT CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FINANCIAL RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 1,295.93 | 12.96 | 0.00 | 0.00 |
| 010 | ASSET ACCEPTANCE CORP | 208.87 | 2.09 | 0.00 | 0.00 |
| 011 | SECURITY FINANCE | 220.75 | 2.21 | 0.00 | 0.00 |
| 012 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASSET ACCEPTANCE CORP | 1,198.81 | 11.99 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 166.67 | 1.67 | 0.00 | 0.00 |
| 015 | INTERNAL REVENUE SERVICE | 1,186.73 | 0.00 | 0.00 | 0.00 |
| 016 | INTERNAL REVENUE SERVICE | 1,186.73 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,651.22 | 42.79 | 0.00 | 0.00 |
|  | Grand Total: | 109,958.40 | 8,908.91 | 3,759.88 | 0.00 |

Total Paid Claimant:   $3,759.88  
Trustee Allowance:   $309.17  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan